James R. Patterson, State Bar No. 211102
Email: jpatterson@hpolaw.com
Cary A. Kinkead, State Bar No. 216545
Email: ckinkead@hpolaw.com
HARRISON PATTERSON O'CONNOR & KINKEAD LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

Attorneys For: Plaintiff and the Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FLETCHER, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE TORO COMPANY, a Delaware Corporation, and DOES 1-100, inclusive<br><br>　　　　Defendants. | CASE NO.: 08-CV-2275 DMS (WMc)<br><br>**PLAINTIFF'S NOTICE OF MOTION TO REMAND TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER; CERTIFICATE OF INTERESTED PARTIES**<br><br>Date: January 30, 2009<br>Time: 1:30 p.m.<br>Courtroom: 10<br><br>*Complaint filed: November 6, 2008* |

NOTICE IS HEREBY GIVEN that on January 30, 2009 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10 of this Court, Plaintiff, ROBERT FLETCHER ("Plaintiff"), will move for an Order remanding this action to State Court, and an award of attorney fees and costs.

The Notice of Removal filed by Defendant THE TORO COMPANY fails to introduce any evidence (admissible or otherwise), to support its allegation that the amount in controversy herein exceeds the federal minimum jurisdictional limit and thereby fails to meet its burden to prove the same. An award of fees and costs is justified because Toro's attempted removal of the case was made in bad faith and without any reasonable legal or factual basis.

///

1    The Motion is based on this Notice of Motion, the Declaration of Cary A. Kinkead, the
2 Memorandum of Points and Authorities set forth below, the papers and records on file herein,
3 and on such oral and documentary evidence as may be presented at the hearing of the motion.

4 Dated:  December 29, 2008           HARRISON PATTERSON O'CONNOR &
                                      KINKEAD LLP

                                      By: _____/s/_____
                                          James R. Patterson
                                          Cary A. Kinkead
                                          Attorneys for the Plaintiff and the Class

HARRISON PATTERSON O'CONNOR & KINKEAD LLP
402 West Broadway
29th Floor
San Diego, CA 92101

-2-
NOTICE OF MOTION & MOTION TO REMAND TO STATE COURT        08-CV-2275 DMS (WMc)